7 So.3d 1152 (2009)
Sterling S. POPE, Jr., Appellant,
v.
STATE of Florida, Appellee.
No. 4D08-4291.
District Court of Appeal of Florida, Fourth District.
March 25, 2009.
Sterling S. Pope, Jr., Indiantown, pro se.
Bill McCollum, Attorney General, Tallahassee, and Melanie Dale Surber, Assistant Attorney General, West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Martinez v. State, 976 So.2d 68 (Fla. 4th DCA), rev. denied, 991 So.2d 387 (Fla.2008).
POLEN, FARMER and STEVENSON, JJ., concur.